UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. |
| v. : | VIOLATION: 21 U.S.C. § 846<br>(Conspiracy to Distribute and Possess With Intent |
| MATTHEW ANTHONY JOSEPH, :<br>also known as "Mack," :<br>also known as "Fat Mack," : | to Distribute 1 Kilogram of Heroin, 50 Grams or<br>More of Cocaine Base, and Cocaine) |
| : | 21 U.S.C. § 853 |
| Defendant. : | (Criminal Forfeiture) |
| : | UNDER SEAL |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

From in or about January 2006, and continuing up to and including June 2010, within the District of Columbia and elsewhere, MATTHEW ANTHONY JOSEPH, also known as "Mack" and "Fat Mack," did knowingly and willfully combine, conspire, confederate and agree together with Marcus Anthony Wallace, also known as "Antonio Gordon," "Tae," "Sop," and "Young Money," Joseph Nathaniel Richardson, Heyward Carzell Sanders, also known as "Randolph Peoples" and "Slim," Kahil Daniel, also known as "New York" and "Hollywood," Roland Latore Matthews, also known as "Peanut" and "Nut," Rodney Leon Matthews, also known as "Rodney Shipley," "Ronald Matthews," and "Bo," Savonya Smith, also known as "So," and other persons, both known and unknown to the United States, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, and the amount of said mixture and substance containing heroin

was 1 kilogram or more, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(i), a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(iii), and a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

**(Conspiracy to Distribute and Possess With Intent to Distribute 1 Kilogram or More of Heroin, 50 Grams or More of Cocaine Base, and Cocaine**, in violation of Title 21, United States Code, Section 846)

## FORFEITURE ALLEGATION

1. The violation alleged in Count One of this Information, Conspiracy to Distribute and Possess with Intent to Distribute 1 kilogram or more of Heroin, 50 grams or more of Cocaine Base, and a quantity of Cocaine, in violation of Title 21, United States Code, Sections 846, 841(b)(1)(A)(i), 841(b)(1)(A)(iii), and 841(b)(1)(C), is re-alleged and incorporated by reference herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the offense alleged in Count One, the defendant in this Information, MATTHEW ANTHONY JOSEPH, also known as "Mack" and "Fat Mack," shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation, including but not limited to:


  (a) <u>Money Judgment</u>:

    (i) five hundred thousand dollars and no cents ($500,000.00), being a sum of money equal to the total amount of property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the offense, Conspiracy to Distribute and Possess with Intent to Distribute 1 kilogram or more of Heroin, 50 grams or more of Cocaine Base, and Cocaine, in violation of Title 21, United States Code, Sections 846, 841(b)(1)(A)(i), 841(b)(1)(A)(iii), and 841(b)(1)(C), for which the defendant is jointly and severally liable;

By virtue of the commission of the felony offense charged in Count One of this Information, any and all interest that the defendant have in the property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the charged conspiracy or used, and any property intended to be used, to facilitate the charged conspiracy, is vested in the United States and hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853.

  3. If any of the property described above as being subject to forfeiture pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property that cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of said property listed above

as being subject to forfeiture.

(**Criminal Forfeiture**, in violation of Title 21, United States Code, Section 853.)

Respectfully submitted,
RONALD C. MACHEN JR
United States Attorney
Bar No. 447889

By: *[signature]*

KENNETH F. WHITTED
Assistant United States Attorney
DC Bar No. 430346
(202) 616-3344

*[signature]*

STEVEN B. WASSERMAN
Assistant United States Attorney
DC Bar No. 453251
(202) 616-3325

*[signature]*

DAVID B. KENT
Assistant United States Attorney
DC Bar No. 482850
(202) 307-0031
Organized Crime and Narcotics Trafficking Section
555 4th Street, NW, 4th Floor
Washington, DC 20530